UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 20-232(36) (JRT/BRT) |
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| CAITLIN COLLEEN SCHLUSSLER, *also known as* Caitlin Colleen Schlusser, | |
| Defendant. | |

---

Harry Jacobs, Joseph Thompson, **UNITED STATES ATTORNEY'S OFFICE,** 600 U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, for plaintiff.

Deborah K Ellis, **ELLIS LAW OFFICE,** 101 East Fifth Street, Suite 1500, Saint Paul, MN 55101, for defendant.

United States Magistrate Judge Becky R. Thorson filed a Report and Recommendation dated March 23, 2022. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant Schlussler's Motion to Suppress Statements Obtained in Violation of Her Privacy Protections Under California Law (ECF No. 908) is **DENIED**.

Dated: May 27, 2022
At Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
Chief Judge
United States District Court