# IN THE UNITED STATE DISTRICT COURT
# DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, | COURT MINUTES-CRIMINAL |
| Plaintiff, | Case No: CR20-232(36) (JRT/DTS) |
| | Date: December 22, 2023 |
| v. | Court Reporter: Erin Drost |
| | Courthouse: Saint Paul |
| CAITLIN COLLEEN SCHLUSSLER, | Courtroom: 7A |
| | Time Commenced: 10:25 a.m. |
| | Time Concluded: 10:53 a.m. |
| Defendant. | Time in Court: 28 Minutes |

Before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
  For Plaintiff:   Andrew Dunne, Assistant U.S. Attorney
  For Defendant:   Deborah Ellis ☐ FPD X CJA ☐ Retained ☐ Appointed

**X Sentencing.**
IT IS HEREBY ORDERED that:

Defendant is sentenced to: Time Served
Supervised Release Term: 5 years

**X** Special conditions of :
  **See J&C for special conditions**
**X** Defendant sentenced to pay:
  X Restitution in the amount of $15,000.00.
  **X** Special assessment in the amount of $100.00 to be paid.
X Defendant released on conditions as set.
☐ Execution of sentence of fine suspended.
X On Motion of the Gov't., the count 52 is dismissed as to this defendant only.
X Motion for departure is   X granted  ☐ denied.

Sealed Matters: Documents sealed pursuant to LR 49.1(c)(2) will be unsealed when judgment is filed unless otherwise specified. (ECF Nos. 2099, 2107, 2138 to be unsealed)

                                                    s/Heather Arent
                                                    Courtroom Deputy